UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBORAH KRESSE | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO: 16-16-RGA |
| HARTFORD LIFE & ACCIDENT INSURANCE COMPANY | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that this matter be and hereby is voluntarily dismissed with prejudice in accordance with FRCP 41(a). Each party agrees to bear their own legal expenses, including attorneys' fees and costs, incurred in connection with this action.

By: /s/ Marc H. Snyder
Marc H. Snyder, Esq.
Rosen, Moss, Snyder & Bleefeld, L.L.P.
1813 Marsh Road, Suite D
Wilmington, DE 19810
Phone: (302) 475-8060
Facsimile: (302) 475-8182
msnyder@rmsblaw.com
Counsel for Deborah Kresse

Dated: 4/28/16

By: s/ James H.S. Levine
James H. S. Levine, Esq.
Pepper Hamilton, LLP
1313 Market Street
P.O, Box 1709
Wilmington, DE 19899-1709
Phone: (302) 777-6500
Facsimile: (302) 421-8390
levinejh@pepperlaw.com
Counsel to Hartford Life & Accident Insurance Company

IT IS SO ORDERED this 29 day of April, 2016

Hon. Richard G. Andrews, U.S.D.J.

2955422_1